**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 00-10457**
_____

**PAW SAFETY CHARITIES,**

**Plaintiff-Appellant,**

**VERSUS**

**PETCO ANIMAL SUPPLIES, INC.,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
For the Northern District of Texas

(3:99-CV-212-P)
_____

January 10, 2001

Before KENNEDY,[*] JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[**]

AFFIRMED.  See 5th Cir. R. 47.6.

_____

[*]  Circuit Judge of the Sixth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.